**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARL DELANO TORJAGBO,**

        **Plaintiff,**

-vs-                                              **Case No. 6:05-cv-419-Orl-28KRS**

**UNITED STATES OF AMERICA,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **REQUEST FOR REFUND (Doc. No. 50)**
>
> **FILED:**     **September 14, 2007**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

As Plaintiff Carl Delano Torjagbo is seeking a refund of the filing fee paid to the United States Court of Appeals for the Eleventh Circuit, this matter should be addressed by that Court. *See Carney v. Christiansen*, No. 1:05-cv-252, 2007 WL 1097873, at *1 (W.D. Mich. April 12, 2007) ("[B]ecause

this motion seeks . . . to refund an appellate filing fee, the court concludes that this is a matter to be determined by the Sixth Circuit.").

**DONE** and **ORDERED** in Orlando, Florida on October 31, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Clerk of Court, United States Court of Appeal for the Eleventh Circuit
Counsel of Record
Unrepresented Parties